# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 08-5537                                    September Term 2009

1:04-cv-01166-RJL

**Filed On:** July 1, 2010

Belkacem Bensayah, Detainee, Camp Delta,

    Appellant

    v.

Barack Obama, President of the United
States, et al.,

    Appellees


    **BEFORE:**    Ginsburg and Henderson, Circuit Judges, and Edwards, Senior
    Circuit Judge

## O R D E R

Upon consideration of the court's order to show cause filed June 28, 2010, and the response thereto, it is

**ORDERED** that the order to show cause be discharged.  It is

**FURTHER ORDERED** that the Clerk be directed to issue the public version of the court's opinion filed June 28, 2010, with the classified material redacted.


**Per Curiam**


                            **FOR THE COURT:**
                            Mark J. Langer, Clerk

           BY:    /s/
                      Michael C. McGrail
                      Deputy Clerk